IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0343 JF |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| v. | ) ) | |
| ABEL FUERTE, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested a continuance of the hearing set for January 11, 2006, on grounds that the government intends to provide a proposed plea agreement to the defense, and defense counsel requires time to review it with Mr. Fuerte.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 11, 2006, be continued to January 18, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 11, 2006, through and including January 18, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., because time is needed for effective defense preparation.

Dated: 1-11-06

JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0343 JF                                     1

Distribute to:

Nick Humy
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Matt Harris
Assistant United States Attorney
280 South First Street, Suite 371
San Jose, CA 95113
Counsel for the United States

ORDER CONTINUING HEARING
No. CR 05-0343 JF                               2