\*\*E-filed 7/12/06\*\*

BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, California  95113
Telephone (408) 291-7753

Counsel for Defendant FUERTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00343 JF |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING; |
| ) | |
| vs. ) | [P~~ROPOSE~~D] ORDER |
| ) | |
| ) | |
| ABEL FUETRE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff, United States Attorney, and the defendant, ABEL FUERTE, by and through their respective attorneys of record, that the date set for Mr. Fuerte's sentencing, presently scheduled for Wednesday, July 12, 2006, at 9:00 a.m., be continued to Wednesday, September 13, 2006, at 9:00 a.m.

STIPULATION TO CONTINUE
HEARING DATE;
ORDER                                    1

1  The parties agree that the date for the hearing should be continued because the pre-
2  sentence report was delayed due to the time schedules of Mr. Fuerte and his counsel.

4  DATED:

_____
MATT HARRIS
Assistant United States Attorney

8  DATED:

_____
NICHOLAS PETER HUMY
Assistant Federal Public Defender

STIPULATION TO CONTINUE
HEARING DATE;
ORDER                    2

# ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that the date set for defendant's sentencing in this case be continued to Wednesday, September 13, 2006, at 9:00 a.m. before this Court.

DATED:   7/12/06

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
HEARING DATE;
ORdER                                  3