1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FUERTE

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11
   UNITED STATES OF AMERICA,        )    No. CR 05-00343 JF
12                                   )
                      Plaintiff,     )    **STIPULATION TO CONTINUE
13 v.                                )    SENTENCING HEARING DATE;
                                     )    [PROPOSED] ORDER**
14 ABEL FUERTE,                      )
                                     )
15                    Defendant.     )
   _____)
16
           Defendant and the government, through their respective counsel, hereby stipulate that,
17
   subject to the court's approval, the sentencing hearing date in the above-captioned matter,
18
   presently scheduled for Wednesday, September 13, 2006, at 9:00a.m., be continued to
19
   Wednesday, November 1, 2006, at 9:00a.m.
20

21
   Dated: 09/01/2006                        _____/s/_____
22                                           NICHOLAS P. HUMY
                                             Assistant Federal Public Defender
23
   Dated:                                    _____/s/_____
24                                           MATT HARRIS
                                             Assistant United States Attorney
25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 05-00343 JF                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## <u>ORDER</u>

The parties have jointly requested a continuance of the sentencing hearing set for September 13, 2006.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 13, 2006 be continued to November 1, 2006 at 9:00a.m.

Dated:   9/6/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00343 JF                          2