BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FUERTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>              Plaintiff,                        )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>ABEL FUERTE,                              )<br>                                                       )<br>              Defendant.                   )<br>_____) | No. CR 05-00343 JF<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING DATE;<br>[PROPOSED] ORDER** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Wednesday, November 1, 2006, at 9:00a.m., be continued to Wednesday, December 6, 2006, at 9:00a.m. The request for the continuance is to allow the parties to continue to discuss relative portions concerning sentencing.

Dated: 10/23/2006                                           _____/s/_____
                                                                NICHOLAS P. HUMY
                                                                Assistant Federal Public Defender

Dated: 10/23/2006                                             _____/s/_____
                                                                 MATT HARRIS
                                                                Assistant United States Attorney

1
2 **ORDER**
3    The parties have jointly requested a continuance of the sentencing hearing set for
4 November 1, 2006.
5    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
6 presently set for November 01, 2006 be continued to December 6, 2006 at 9:00a.m.
7
8 Dated:   10/27/06
9                                                                  _____
                                                                   JEREMY FOGEL
                                                                   United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING HEARING
No. CR 05-00343 JF                            2