\*\*E-filed 7/12/07\*\*

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara St., Ste. 575
   San Jose, CA 95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FUERTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00343-JF |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXONERATING BOND |
| vs. | ) | |
| ABEL FUERTE, | ) | |
| Defendant. | ) | |

Upon application of the defendant, and good cause appearing, it is hereby ORDERED that the bond heretofore ordered and executed in the above-entitled case is hereby EXONERATED.

IT IS SO ORDERED.

Date: July  12 , 2007

_____
Jeremy Fogel
UNITED STATES DISTRICT JUDGE

- 1 -